IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER R. S.,
    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

CIVIL NO. 3:20-cv-00709 (REP)

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on February 3, 2022 (Dk. No. 31). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (Dk. No. 31) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (Dk. No. 24) and Motion to Remand (ECF No. 25) are GRANTED.

(3) Defendant's Motion for Summary Judgment (Dk. No. 30) is DENIED.

(4) The decision of the Commissioner is VACATED and REMANDED.

(5) This case is CLOSED.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 22, 2022